IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS COUSEY, | No. C-05-1117  TEH (MEJ) |
| Plaintiff(s), | NOTICE AND ORDER RESCHEDULING SETTLEMENT CONFERENCE |
| vs. | |
| CITY OF OAKLAND, | |
| Defendant(s). | |

TO ALL PARTIES and their Attorneys of Record:

Per the Court's conversation with defense counsel, Stephen Rowell, all parties agree to reschedule the Settlement Conference before Magistrate Judge Maria-Elena James.  The Settlement Conference shall take place on **October 31, 2006 at 10:00 a.m. in Judge James' <u>chambers</u>**, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102. **The parties shall immediately notify the Court if this matter settles or is dismissed before the settlement conference date.**  On the date of the settlement conference, counsel and parties shall use the telephone adjacent to chambers' security entrance to notify the Court of their arrival.  The parties shall notify the Court if the matter has settled or been dismissed before the date of the conference.

Settlement Conference statements shall be submitted in accordance with Magistrate Judge

James' <u>STANDING</u> <u>ORDER</u> <u>RE:</u> <u>SETTLEMENT</u> CONFERENCE PROCEDURES, a copy of which is enclosed herewith.

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

IT IS SO ORDERED.

Dated:  September 29, 2006

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STANDING ORDERS RE: SETTLEMENT CONFERENCE PROCEDURES

FOR CASES REFERRED TO MAGISTRATE JUDGE MARIA-ELENA JAMES

IN ALL CASES referred to Magistrate Judge Maria-Elena James for a settlement conference, the parties shall follow the following procedures:

SETTLEMENT CONFERENCE PROCEDURES.
 Prior to filing a settlement conference statement, counsel shall discuss all settlement positions with their clients.

THE SETTLEMENT CONFERENCE STATEMENT.

 SUBMISSION:  Not later than seven (7) calendar days prior to the settlement conference, each party shall submit a Settlement Conference Statement addressed to Magistrate Judge James DIRECTLY to the United States District Court Clerk's Office in San Francisco, located at 450 Golden Gate Avenue, 16th Floor, P.O. Box 36060, San Francisco, California 94102.  Settlement Conference Statements should be submitted in a sealed envelope.  Envelopes should be prominently marked CONFIDENTIAL - SETTLEMENT CONFERENCE STATEMENT - DO NOT FILE.

 **Settlement Conference Statements shall not be filed with the Clerk of the Court, and shall not be served upon other parties or their counsel.  Only the Court and its personnel shall have access to these statements.  Under no conditions shall other parties or counsel have access to these statements.**

 CONTENT:  The form and content of the Settlement Conference Statement will vary depending on the case.  Generally, the Settlement Conference Statement shall include the following:

 1. Statement of Facts.  A brief description of the facts giving rise to the case.

 2. Summary of Proceedings.  A brief summary of the proceedings to date.

 3. Undisputed Matters.  A plain and concise statement of all material facts not in dispute, including a statement of disputed matters which have been resolved by stipulation.

 4. Disputed Issues of Fact.  A plain and concise statement of the material facts that remain in dispute.

 5. Disputed Issues of Law.  A brief statement of the disputed points of law, including reference to specific statutes and decisions relied upon.  Extended legal argument is not appropriate.

Reference may be made to Points and Authorities previously filed.

  6. <u>Relief Sought</u>.  A statement of the relief sought, including a particularized itemization of all elements of damages.

  8. <u>Prior Settlement Discussions</u>.  A chronological summary of prior settlement activity between the parties including settlement offers and responses thereto.

  9. <u>Settlement Analysis</u>.  A brief and forthright evaluation of the strengths and weaknesses of the party's case and the probabilities of prevailing on the major issues in dispute.

  10. <u>Discrete Issues</u>.  Identify and, if appropriate, prioritize any discrete issues which, if resolved, would aid in the disposition of the case.

  11. <u>Current Settlement Position</u>.  Set forth a reasonable proposal of settlement.

<u>THE SETTLEMENT CONFERENCE</u>.

  All parties and their counsel of record are required to attend the settlement conference. Each party must attend the conference having full authority to negotiate and settle the case. If a party is indemnified by a non-party indemnitor, including but not limited to, indemnification pursuant to an insurance policy, the indemnitor, and the indemnitor's counsel, if necessary, must also attend the conference and have authority to settle the case.

  Counsel who attends the settlement conference without the full authority to settle may be subject to sanctions, pursuant to Federal Rule of Civil Procedure 16(f).

  Only upon written showing of good cause, submitted at least fourteen calendar days prior to the settlement conference, will the Court excuse a party or Counsel from mandatory attendance of the settlement conference. Parties or Counsel may only be excused from attending the settlement conference upon written authorization from Judge James. Parties or Counsel who fail to attend the settlement conference without authorization from Judge James may be subject to sanctions, pursuant to Federal Rule of Civil Procedure 16(f).

  In rare circumstances, upon written showing of good cause, submitted at least fourteen calendar days prior to the settlement conference, Judge James may authorize a party or Counsel to be available by telephone for purposes of authorizing settlement ONLY.

  Counsel is responsible for notifying their clients of the settlement conference's time, date, and all rescheduling of the settlement conference.

  **To reschedule a settlement conference, counsel shall contact the Deputy Clerk at (415) 522-4708 to obtain a new date and time, no later than seven court days prior to the scheduled settlement conference. Counsel shall confirm the new date and time with opposing counsel. Thereafter, counsel shall file a <u>joint</u> stipulation which states that the settlement conference is rescheduled and sets forth the new time and date of the settlement conference. The Court will notreschedule a settlement conference upon unilateral request of counsel and the settlement conference will remain on calendar for the originally noticed time and date until the Court receives said joint stipulation. Counsel who fails to coordinate the rescheduling of the settlement conference with opposing party, or fails to file said joint stipulation at least three Court days prior to the scheduled settlement conference may be subject to sanctions, pursuant**

**to Federal Rule of Civil Procedure 16(f).**

If the case is settled in advance of the settlement conference, the parties MUST notify Judge James' chambers by telephone and in writing as soon as possible. Failure to do so may subject the parties to sanctions, pursuant to Federal Rule of Civil Procedure 16(f).

IT IS SO ORDERED.

Date: September 19, 2005                                     MARIA-ELENA JAMES
                                                             United States Magistrate Judge