1  JAMES B. CHANIN (SBN# 76043)
   JULIE M. HOUK  (SBN# 114968)
2  Law Offices of James B. Chanin
   3050 Shattuck Avenue
3  Berkeley, California 94705
   Telephone: (510) 848-4752
4  Facsimile: (510) 848-5819

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIVORNIA

| THOMAS CLARENCE COUSEY, et al., | ) Case No.: C05-01117 TEH |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND [PROPOSED]** |
| CITY OF OAKLAND, et al., | ) **ORDER EXTENDING TIME TO** |
|  | ) **COMPLETE EXPERT DISCLOSURES** |
| Defendants. | ) **AND EXPERT DISCOVERY** |

Stip/Order Re Extending Expert Disclosure and Expert Discovery
Case No C05-01117 TEH                    1

WHEREAS, plaintiffs had intended to disclose Frank Saunders as their police practices expert pursuant to F.R.C.P. 26; whereas plaintiffs' counsel has learned that Mr. Saunders is now deceased; and whereas plaintiffs need additional time to retain police practices expert(s) for trial,

IT IS HEREBY STIPULATED AND AGREED THAT the deadline for disclosure of the identities of expert witnesses should be extended for both plaintiffs and defendants as set forth below. Other than with respect to the disclosure of the identities of the experts, the parties anticipate at this time that they will be able to comply with the other deadlines set forth in the Court's Order for Pretrial Preparation.

Plaintiffs' Deadline to Disclose Identity of Experts: January 5, 2007

Defendants' Deadline to Disclosure Identity of Experts: January 19, 2007

Both Parties' Deadline to Comply with Rule 26 Expert Disclosures: February 2, 2007

Both Parties' Deadline to Complete Expert Depositions: February 6, 2007

IT IS SO STIPULATED:

Dated: November 7, 2006

_____
JAMES B. CHANIN
Attorney for Plaintiffs

Dated: November 7, 2006

_____
STEPHEN Q. ROWELL
Attorney for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: November 13, 2006

_____
THELTON E. HENDERSON
Judge of the
District Court

Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stip/Order Re Extending Expert Disclosure and Expert Discovery
Case No C05-01117 TEH                    2