IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS COUSEY, et al.,

                Plaintiffs,

      v.

CITY OF OAKLAND, et al.,

                Defendants.

NO. C05-1117 TEH

ORDER EXTENDING
PRETRIAL FILING DEADLINES

The Court is in receipt of Defendants' letter, dated February 1, 2007, requesting a brief extension of time to file pretrial documents based on the parties' recent settlement efforts. The Court finds good cause to grant this request. Accordingly, IT IS HEREBY ORDERED that all pretrial documents currently due on February 2, 2007, shall now be due on **February 6, 2007.** All other dates and deadlines shall remain as originally scheduled.

**IT IS SO ORDERED.**

Dated:   02/02/07

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

United States District Court

For the Northern District of California