JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK   (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California  94705
Telephone: (510) 848-4752, Ext. 2
Facsimile:  (510) 848-5819
Email:  jbcofc@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS COUSEY, et al., | ) CASE NO C05-01117 TEH |
| | ) |
| | ) **STIPULATION AND [PROPOSED] ORDER** |
| Plaintiffs, | ) **FOR CONDITIONAL DISMISSAL** |
| vs. | ) |
| | ) |
| CITY OF OAKLAND, et al, | ) Trial Date: February 27, 2007 |
| | ) Pretrial Conf. Date: February 12, 2006 |
| Defendants. | ) |
| | ) |

   WHEREAS, the parties have reached a tentative settlement of the entire action which is subject to final approval by the City of Oakland City Council,

   IT IS HEREBY STIPULATED AND AGREED THAT this action shall be conditionally dismissed pending finalization of the settlement.

   IT IS HEREBY FURTHER STIPULATED AND AGREED THAT the action shall be dismissed with prejudice on June 2, 2007 unless the parties advise the Court in writing prior to that date that the settlement has not been finalized or have filed a Stipulation for dismissal

STIPULATION AND ORDER RE:
CONDITIONAL DISMISSAL    C05-01117 TEH       1

with prejudice prior to that time.

IT IS SO STIPULATED:


Dated: February 2, 2007                                    _____
                JAMES B. CHANIN
                Attorney for Plaintiff


Dated: February 2, 2007                                    _____
                STEPHEN Q. ROWELL
                Attorney for Defendants

PURSUANT TO STIPULATION,
IT SO ORDERED:

Dated: __02/02__, 2007                                   _____
                THELTON E. HENDERSON
                Judge, the United States
                District Court

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]

STIPULATION AND ORDER RE:
CONDITIONAL DISMISSAL   C05-01117 TEH      2