1   JAMES B. CHANIN (SBN# 76043)
2   JULIE M. HOUK   (SBN# 114968)
    Law Offices of James B. Chanin
3   3050 Shattuck Avenue
    Berkeley, California  94705
4   Telephone: (510) 848-4752, Ext. 2
    Facsimile:  (510) 848-5819
5   Email:  jbcofc@aol.com

6

7   Attorneys for Plaintiff

8

9                      UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  THOMAS COUSEY, et al.,              ) CASE NO C05-01117 TEH
                                        )
13                                      )
                                        ) **STIPULATION AND [PROPOSED] ORDER**
14                                      ) **EXTENDING  CONDITIONAL DISMISSAL**
    vs.                                 ) **DEADLINE**
15                                      )
                                        )
16  CITY OF OAKLAND, et al,             )
                                        )
17          Defendants.                 )
                                        )
18  _____ )

19

20          WHEREAS, the parties have reached a tentative settlement of the entire action which

21  is subject to final approval by the City of Oakland City Council,

22          WHEREAS, the City of Oakland City Council has not yet approved the settlement, but

23  is expected to consider the proposed settlement for the first time in approximately mid-June

24  2007;

25          THE PARTIES HEREBY STIPULATE AND AGREE that additional time will be

26  necessary to obtain the approval of the City of Oakland City Council and, assuming the City

27  STIPULATION AND ORDER RE EXTENSION OF
28  CONDITIONAL DISMISSAL  DEADLINE  C05-01117 TEH      1

Council approves the settlement, additional time will be needed for the City to pay the settlement to the plaintiffs.  Therefore, the parties agree that the conditional dismissal deadline of June 2, 2007 be extended to September 2, 2007 and that the case shall be dismissed on September 2, 2007 with prejudice unless the parties advise the Court in writing prior to that date that the settlement has not been finalized or have filed a Stipulation for dismissal with prejudice prior to that time.

IT IS SO STIPULATED:


Dated: May 18, 2007                    _____/s/_____
                                       JAMES B. CHANIN
                                       Attorney for Plaintiffs


Dated: May 18, 2007                    _____/s/_____
                                       STEPHEN Q. ROWELL
                                       Attorney for Defendants

PURSUANT TO STIPULATION,
IT SO ORDERED:

Dated: ___05/21___, 2007               _____
                                       THELTON E. HENDERSON
                                       United States

STIPULATION AND ORDER RE EXTENSION OF
CONDITIONAL DISMISSAL  DEADLINE  C05-01117 TEH      2