1  JOHN A. RUSSO, City Attorney - State Bar No. 129729
   RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266
   STEPHEN Q. ROWELL, Deputy City Attorney - State Bar No. 098228
3  One Frank Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-3865   Fax: (510) 238-6500
   24594/411157
5
   Attorneys for Defendants
6  CITY OF OAKLAND, OFFICER
   CRUM and OFFICER ALCANTAR
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10 | THOMAS CLARENCE COUSEY; ANDRE   | Case C 05-01117 TEH
   | DUCKETT; NIEMA LILLARD; ANDREALIUS |
11 | LILLARD                          | **STIPULATION OF DISMISSAL**
   |                                  |
12 |         Plaintiffs,              |
   |                                  |
13 |    v.                            |
   |                                  |
14 | CITY OF OAKLAND; OFFICER CRUM OR |
   | DOE 1; OFFICER R. ALCANTAR or DOE 2; |
15 | OFFICER D. DAWSON or DOE 3; DOES 1- |
   | 100, inclusive                   |
16 |                                  |
   |         Defendants.              |
17 |                                  |

18

19     IT IS HEREBY STIPULATED by and between the parties to this action through

20 their designated counsel that this entire action be and hereby is dismissed with prejudice

21 pursuant to FRCP 41(a) (1). Each party to bear its own costs and fees.

22

23

24                                    LAW OFFICES OF JAMES B. CHANIN

25  Dated: 7/11/07                    By: _____
26                                         Attorneys for Plaintiff

STIPULATION OF DISMISSAL                                              C05-01117 TEH

| | |
|---|---|
| Dated: 7/11/07 | JOHN A. RUSSO, City Attorney<br>RANDOLPH W. HALL, Assistant City Attorney<br>WILLIAM E. SIMMONS, Supervising Trial Attorney<br>STEPHEN Q. ROWELL, Deputy City Attorney<br><br>By: _____<br>Attorneys for CITY OF OAKLAND, OFFICER CRUM and OFFICER ALCANTAR |

**IT IS SO ORDERED.**

Dated:   07/11/07

_____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed Judge Thelton E. Henderson]*